**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7401**

ANDRE JUSTE,

Plaintiff – Appellant,

v.

N. CRAWFORD; CORRECT CARE RECOVERY SOLUTIONS; LAURA HORLEY;
CORRECT CARE REGIONAL CENTER; SECURITY OFFICERS' STAFF;
COLUMBIA REGIONAL CARE CENTER; DR. CRAWFORD,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Mary G. Lewis, District Judge.
(4:16-cv-02366-MGL)

Submitted:  March 14, 2017          Decided:  March 16, 2017

Before FLOYD and HARRIS, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Andre Juste, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andre Juste appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint without prejudice for failure to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Juste v. Crawford, No. 4:16-cv-02366-MGL (D.S.C. Sept. 9, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED